# **EXHIBIT D**

| Corporations ▾ | Search Business Entities (corpsearch.aspx) | Search UCC Transactions (uccsearch.aspx) | Forms ▾ |
| --- | --- | --- | --- |
| Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx) | | | Login (https://hub.business.pa.gov/login) |

Search entity / Select entity / **Order documents**

# Order Business Documents



**Date**: 10/29/2021

### Business Name History

| Name | Name Type |
| --- | --- |
| THE COLONIAL ELECTRIC SUPPLY COMPANY | Current Name |

## Business Entity Details
### Officers

| | |
| --- | --- |
| **Name** | THE COLONIAL ELECTRIC SUPPLY COMPANY |
| **Entity Number** | 72885 |
| **Entity Type** | Business Corporation |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 07/27/1972 |
| **Effective Date** | 07/27/1972 |
| **State Of Inc** | PA |
| **Address** | 201 W. Church Road King of Prussia PA 19406 Montgomery |

| | |
| --- | --- |
| **Name** | DAVID J BELLWOAR |
| **Title** | VICEPRESIDENT |
| **Address** | |

| | |
| --- | --- |
| **Name** | PETER T BELLWOAR |
| **Title** | SECRETARY |
| **Address** | STE 2201 W CHURCH RD KNG OF PRUSSA PA 19406-3229 |

| | |
| --- | --- |
| **Name** | STEVEN P BELLWOAR |
| **Title** | PRESIDENT |
| **Address** | STE 2201 W CHURCH RD KNG OF PRUSSA PA 19406-3229 |

### Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show [25 ▼] entries                                                                                                              Filter Records 🔍 [        ]

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 07/27/1972 | ARTICLES OF INCORPORATION 1 | 3 | [1] | $3.00 | [0] | $40.00 | 7234 | 92 | 94 | |
| ☐ | 05/05/2011 | ARTICLES OF AMENDMENT-BUSINESS 2 | 2 | [1] | $3.00 | [0] | $40.00 | | | | |
| ☐ | 07/28/2014 | DECENNIAL REPORT 3 | 1 | [1] | $3.00 | [0] | $40.00 | | | | |
| ☐ | 06/09/2021 | Articles of Amendment-Domestic Corporation (1915) 4 | 4 | [1] | $3.00 | [0] | $40.00 | | | | |

Showing 1 to 4 of 4 entries                                                                                                Previous [1] Next

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | All Dates | All Certified Copies | 10 | Quantity # [1] | $70.00 | | | | | | |
| ☐ | All Dates | All Plain Copies | 10 | Quantity # [1] | $30.00 | | | | | | |

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | | Line Total |
|---|---|---|---|---|---|---|---|
| ☐ | 10/29/2021 | Subsistence Certificate | 1 | [1] | $40.00 | | |
| ☐ | 10/29/2021 | Index and Docket Report | 1 | [1] | $15.00 | | |
| ☐ | 10/29/2021 | Index and Docket Certified Report | 1 | [1] | $55.00 | | |

**Order Total :**

[<< Back to Search Results]

[Login]