# **EXHIBIT E**

| Corporations ▾ | Search Business Entities (corpsearch.aspx) | Search UCC Transactions (uccsearch.aspx) | Forms ▾ |
|---|---|---|---|
| Contact Corporations (http://www.dos.pa.gov/BusinessCharities/Pages/default.aspx) | | | Login (https://hub.business.pa.gov/login) |

Search entity / Select entity / **Order documents**

# Order Business Documents



**Date**: 10/29/2021

### Business Name History

| Name | Name Type |
|---|---|
| ELECTRIC SALES COMPANY, INC. | Prior Name |
| TELTEK SALES, INC. | Current Name |

### Business Entity Details
### Officers

| | |
|---|---|
| **Name** | TELTEK SALES, INC. |
| **Entity Number** | 1528858 |
| **Entity Type** | Business Corporation |
| **Status** | Active |
| **Citizenship** | Domestic |
| **Entity Creation Date** | 10/03/1989 |
| **Effective Date** | 10/03/1989 |
| **State Of Inc** | PA |
| **Address** | %Wolf, Blobk, Schorr and Solis-Cohen LLP Philadelphia |

| | |
|---|---|
| **Name** | HOWARD SUKONICK |
| **Title** | PRESIDENT |
| **Address** | 1205 CENTENNIAL RD PENN VALLEY PA 19072-1205 |

| | |
|---|---|
| **Name** | HOWARD SUKONICK |
| **Title** | TREASURER |
| **Address** | 1205 CENTENNIAL RD PENN VALLEY PA 19072-1205 |

### Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here (/Account/Register_account).

Show [ 25 ▾ ] entries				Filter Records

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Search Request | | | $15.00 | | | | | | |
| ⊙ ❓ | 10/03/1989 | ARTICLES OF INCORPORATION 1 | | 1 | $0.00 | 0 | $40.00 | 8970 | 416 | 416 | |
| ⊙ ❓ | 04/05/1990 | ARTICLES OF AMENDMENT-BUSINESS 2 | | 1 | $0.00 | 0 | $40.00 | 9016 | 897 | 898 | |

Showing 1 to 3 of 3 entries                                    Previous  1  Next

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | All Dates | All Certified Copies | | Quantity # 1 | $40.00 | Search Fee $15.00 | | | | | |
| ☐ | All Dates | All Plain Copies | | Quantity # 1 | $0.00 | Search Fee $15.00 | | | | | |

Note: Some of the images are currently unavailable through the website. You may submit an order for copies by selecting a document and then clicking on the 'Proceed to Cart' button. An initial $15 search fee is due and payable at the time of the order. Additional fees of $3.00 per page will be invoiced through the email identified with the user login. When all fees due have been paid, you will receive an email indicating the order is available on the users Home page under the Downloads section.

By selecting 'Proceed to Cart' you are agreeing to pay all fees for this order.

## Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | | Line Total |
|---|---|---|---|---|---|---|---|
| ☐ | 10/29/2021 | Subsistence Certificate | 1 | 1 | $40.00 | | |
| ☐ | 10/29/2021 | Index and Docket Report | 1 | 1 | $15.00 | | |
| ☐ | 10/29/2021 | Index and Docket Certified Report | 1 | 1 | $55.00 | | |

## Order Total :

[<< Back to Search Results]

[Login]